IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY MARIE THOMPSON | : |
| | : CIVIL NO. 09-6063 |
| v. | : |
| | : |
| MICHAEL J. ASTRUE, Comm'r of Soc. Sec. | : |
| | : |

## ORDER

**AND NOW**, this 20th day of December, 2010, upon consideration of Plaintiff's Request for Review *(Doc. No. 12)*, Defendant's Response *(Doc. No. 16)*, and Plaintiff's Reply *(Doc. No. 20)*, and after careful review of the Report and Recommendation, to which no objections have been filed, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED in part** and **DENIED in part**;

3. The case is **REMANDED** pursuant to 42 U.S.C. § 405(g) to the Commissioner of the Social Security Administration for proceedings consistent with the Report and Recommendation.

**IT IS SO ORDERED.**

_____
**Paul S. Diamond, J.**